USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In Re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                                              Debtor.
-------------------------------------------------------------- X

NATIXIS FINANCIAL PRODUCTS LLC, *et al.*,

                                            Appellants,

                   -v –

IRVING H. PICARD,

                                            Appellee.
-------------------------------------------------------------- X

1:24-cv-216-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On January 10, 2024, Appellants filed a motion for leave to appeal a decision by the bankruptcy court. Dkt. No. 4. Appellee's opposition is due by January 26, 2024. Appellants' reply, if any, is due within a week of the date of service of the opposition.

SO ORDERED.

Dated: January 12, 2024
New York, New York

                                                _____
                                                     GREGORY H. WOODS
                                                     United States District Judge