UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2024
```

---------------------------------------------------------------X
                              :

In Re BERNARD L. MADOFF INVESTMENT  :
SECURITIES LLC,

                      Debtor.    :              1:24-cv-216-GHW

---------------------------------------------------------------:
                                X           ORDER

NATIXIS FINANCIAL PRODUCTS LLC., *et al.*, :
                                :

               Appellants, :

                                :

            v.                     :

                                :

IRVING H. PICARD,                 :

                                :

              Appellee. :

---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 10, 2024, Natixis Financial Products LLC ("Natixis") and Bloom Asset Holdings Fund ("Bloom") moved for leave to appeal an order from the Bankruptcy Court. Dkt. No. 4. On February 2, 2024, the Court issued an order denying leave to appeal an order from the Bankruptcy Court in a related action (the "Related Action"). 24-cv-11, Dkt. No. 9. In that order, the Court rejected arguments identical to all of the arguments set forth by Natixis and Bloom in their memorandum of law in support of their motion for leave to appeal. *Compare* Dkt. No. 4-1 *with* 24-cv-11, Dkt. No. 3-1. Accordingly, for the reasons stated in the Court's February 2, 2024 order in the Related Action, Natixis and Bloom's motion for leave to appeal is DENIED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 4 and to close this case.

SO ORDERED.

Dated: May 9, 2024
      New York, New York

                                  _____
                                       GREGORY H. WOODS
                                 United States District Judge